| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Davison, Paul E. | 2. Court or Organization<br><br>US District Court, SDNY | 3. Date of Report<br><br>05/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>300 Quarropas Street<br>White Plains, New York 10601 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▒▒▒▒▒▒▒▒▒▒▒ - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Lawyers Association | 4/1/2016-4/2/2016 | New York City | Annual Dinner | Meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Harvard College | Tuition and Fees | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JP Morgan Chase Bank Account | | None | L | T | | | | | |
| 2. Citibank Bank Accounts | | None | K | T | | | | | |
| 3. Aberdeen Asia Pac Income (FAX) | C | Int./Div. | K | T | Sold (part) | 04/25/16 | K | | |
| 4. Angel Oak Multistrat Income (ANGIX) | B | Int./Div. | K | T | | | | | |
| 5. Black Rock A Intl Index (MDIIX) | B | Int./Div. | L | T | | | | | |
| 6. Columbia A Small Cap Index (NMSAX) | C | Int./Div. | L | T | Buy (add'l) | 12/29/16 | J | | |
| 7. Consolidated Edison (ED) | A | Dividend | K | T | | | | | |
| 8. DFA Emerging Markets Core Equity (DFCEX) | A | Int./Div. | K | T | | | | | |
| 9. Disney (DIS) | A | Dividend | L | T | | | | | |
| 10. DoubleLine I Total Return Bond (DBLTX) | C | Int./Div. | L | T | | | | | |
| 11. Dreyfus S&P 500 Index (PEOPX) | E | Int./Div. | M | T | Buy (add'l) | 01/05/16 | K | | |
| 12. | | | | | Buy (add'l) | 01/27/16 | K | | |
| 13. | | | | | Buy (add'l) | 04/25/16 | J | | |
| 14. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 15. Fidelity Cash Reserve (Qual) (FDRXX) | A | Int./Div. | K | T | | | | | |
| 16. Fidelity Equity Income (FEQIX) | A | Int./Div. | J | T | | | | | |
| 17. Fidelity Floating Rate High Income (FFRHX) | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity New York Municipal Money Market (FNYXX) | A | Int./Div. | | | Closed | 02/11/16 | J | | |
| 19. Fidelity Retirement Money Market (FRTXX) | A | Int./Div. | L | T | | | | | |
| 20. Fidelity Spartan Emerging Markets Index Advantage (FPMAX) | A | Int./Div. | K | T | | | | | |
| 21. Fidelity Treasury Fund (FZFXX) | A | Dividend | K | T | Open | 02/11/16 | J | | |
| 22. Franklin High Income A (FHAIX) | C | Int./Div. | K | T | | | | | |
| 23. Great-West Lifetime 2055 Fund II T1 (Y) | | | | | | | | | |
| 24. iShares Core MSCI Emerging Markets (IEMG) | A | Int./Div. | K | T | | | | | |
| 25. iShares iBoxx High Yield Corp Bd (HYG) | | None | | | Sold | 01/05/16 | J | | |
| 26. iShares iBoxx Investment Grade Corp Bond (LQD) | B | Int./Div. | K | T | | | | | |
| 27. iShares Trust Core MSCI Total International Stock ETF (IXUS) | A | Int./Div. | K | T | Buy | 04/25/16 | J | | |
| 28. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 29. iShares S&P Global Timber & Forestry Index (WOOD) | | None | | | Sold | 04/25/16 | J | D | |
| 30. Johnson & Johnson (JNJ) | C | Int./Div. | M | T | | | | | |
| 31. Nuveen Build Amer Bd Fd (NBB) | B | Int./Div. | K | T | Sold (part) | 06/01/16 | K | C | |
| 32. | | | | | Sold (part) | 07/05/16 | K | C | |
| 33. Nuveen Build America (NBD) | D | Int./Div. | L | T | | | | | |
| 34. Nuveen Credit Strategies Income Fund (JQC) | B | Int./Div. | | | Sold | 10/19/16 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nuveen NY Select (NXN) | A | Int./Div. | J | T | | | | | |
| 36. PIMCO Income Institutional (PIMIX) | B | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 37. Powershares Build America Bond (BAB) | B | Int./Div. | L | T | Buy (add'l) | 09/14/16 | K | | |
| 38. | | | | | Buy (add'l) | 10/19/16 | K | | |
| 39. SPDR Barclays Municipal (TFI) | A | Int./Div. | K | T | | | | | |
| 40. SPDR Blackstone GSO Sr Loan (SRLN) | A | Int./Div. | | | Sold | 04/25/16 | K | | |
| 41. SPDR S&P Emerging Markets Small Cap (EWX) | A | Int./Div. | J | T | | | | | |
| 42. SPRTN Total Mkt Indx Investor Class (FSTMX) (Y) | | | | | | | | | |
| 43. Vanguard GNMA Admiral (VFIJX) | A | Int./Div. | K | T | Buy | 08/11/16 | L | | |
| 44. Vanguard High Yield Corporate Admiral (VWEAX) | B | Int./Div. | K | T | Buy | 01/05/16 | K | | |
| 45. Zimmer Biomet Holdings Inc (ZBH) | A | Dividend | K | T | | | | | |
| 46. New York 529 Inflation Protected Securities Portfolio | | None | | | Sold | 01/04/16 | K | | |
| 47. TRUST #1 (H) | | | | | | | | | |
| 48. -Aberdeen Asia Pac Income (FAX) | C | Int./Div. | K | T | Sold (part) | 03/29/16 | K | A | |
| 49. DFA Emerging Market Value (DFEVX) | A | Int./Div. | L | T | Buy | 01/08/16 | K | | |
| 50. -Fidelity New York Municipal Income (FTFMX) | B | Int./Div. | L | T | | | | | |
| 51. -Fidelity New York Municipal Money (FNYXX) Market (FNYXX) | A | Int./Div. | | | Closed | 02/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Spartan 500 Index Advantage (FUSVX) | C | Int./Div. | M | T | | | | | |
| 53. -Fidelity Spartan Extended Market Index Adv (FSEVX) | B | Int./Div. | K | T | | | | | |
| 54. -Fidelity Spartan Tax-Free Bond (FTABX) | B | Int./Div. | K | T | | | | | |
| 55. -Fidelity Spartan Total Market Index - Adv (FSTVX) | B | Int./Div. | M | T | | | | | |
| 56. Fidelity Treasury Fund (FZFXX) | A | Int./Div. | L | T | Open | 02/11/16 | J | | |
| 57. -iShares Core MSCI Emerging Markets (IEMG) | A | Int./Div. | | | Sold | 01/08/16 | K | | |
| 58. iShares Barclays 7-10 Yr Treasury Bond (IEF) (IEF) | A | Int./Div. | K | T | Buy | 12/21/16 | K | | |
| 59. -iShares MSCI EAFE Index (EFA) | C | Int./Div. | M | T | | | | | |
| 60. -iShares MSCI Emerging Markets Index (EEM) | A | Int./Div. | M | T | | | | | |
| 61. -iShares Russell 1000 Index (IWB) | A | Int./Div. | K | T | | | | | |
| 62. -iShares S&P 500 Index (IVV) | B | Int./Div. | M | T | Buy | 01/15/16 | K | | |
| 63. | | | | | Sold (part) | 03/03/16 | J | | |
| 64. | | | | | Sold (part) | 03/29/16 | J | A | |
| 65. -iShares S&P 500 Value (IVE) | A | Int./Div. | | | Sold | 01/15/16 | J | | |
| 66. -iShares S&P Global Timber & Forestry Index (WOOD) | A | Int./Div. | L | T | | | | | |
| 67. -Nuveen Credit Strategies Income Fund (JQC) | B | Int./Div. | K | T | | | | | |
| 68. -Nuveen Energy MLP Total Return (JMF) | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 05/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Nuveen NY Municipal Dividend Advantage (NAN) | C | Int./Div. | L | T | Sold (part) | 01/15/16 | K | C | |
| 70. -Payden High Income (PYHRX) | C | Int./Div. | L | T | Buy (add'l) | 01/27/16 | K | | |
| 71. -Plum Creek Timber Co (PCL) | A | Dividend | | | Merged (with line 78) | 02/19/16 | J | | |
| 72. -S&P Dep Receipts (SPY) | B | Int./Div. | K | T | | | | | |
| 73. -SPDR Barclays Municipal (TFI) | B | Int./Div. | L | T | | | | | |
| 74. -SPDR Dow Jones Industrial Average (DIA) | B | Int./Div. | K | T | | | | | |
| 75. -TCW Total Return Bond I (TGLMX) | B | Int./Div. | K | T | | | | | |
| 76. -Vanguard FTSE (VSS) | A | Int./Div. | K | T | | | | | |
| 77. -Vanguard Short Term Corp Bond (VCSH) | B | Int./Div. | M | T | Buy (add'l) | 03/29/16 | L | | |
| 78. Weyerhaeuser (WY) (Formerly Plum Creek Timber Co (PCL)) | A | Int./Div. | J | T | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Davison, Paul E. | 05/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Great-West Lifetime 2055 Fund II T1 (line 23) was owned by a child who is not a dependent in 2016.

Fidelity converted all holdings of Fidelity New York Municipal Money Market (lines 18, 51) to Fidelity Treasury Fund (lines 21, 56) on 2/11/16

Plum Creek Timber Co. (line 71) merged with Weyerhaeuser (line 78) on 2/19/16. Each share of PCL was converted to 1.6 shares of WY.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Davison, Paul E. | 05/09/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul E. Davison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544